Or send

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Morrell PRESLEY <br> Defendant. | Case No.: 09-2391M <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **D Az** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evidence by ∆; no resources for bail_;

1
2
3
4      and/~~or~~
5  B.  (✓) The defendant has not met his/~~her~~ burden of establishing by
6      clear and convincing evidence that he/~~she~~ is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: _no evid by ∆; criminal history_
10
11
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15      the further revocation proceedings.
16
17  Dated:  10/20/09
18
19                                          _____
20                                          UNITES STATES MAGISTRATE JUDGE